CSD 1162 [08/22/03]

Name, Address, Telephone No. & I.D. No.
Prober & Raphael, A Law Corporation
Cassandra J. Richey, Esq., #155721
David F. Makkabi, Esq., #249825
20750 Ventura Boulevard, Suite 100
Woodland Hills, CA 91364
(818) 227-0100
Attorneys for Movant
F.040-1746

Order Entered on
July 19, 2010
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
YVONNE MARINO
Debtor.

BANKRUPTCY NO. 10-07904-LT7

U.S. BANK, N.A. SUCCESSOR IN INTEREST TO THE FDIC AS RECEIVER FOR DOWNEY SAVINGS AND LOAN ASSOCIATION, FA
Moving Party

RS NO. DRP-1

YVONNE MARINO; LESLIE T. GLADSTONE, Trustee; BANK OF AMERICA, Second Lienholder,
Respondent(s)

# ORDER ON NONCONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY

☑ **REAL PROPERTY** ☐ **PERSONAL PROPERTY**

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through 2 with exhibits, if any, for a total of 3 pages, is granted. Motion Docket Entry No. 16

//

//

//

//

DATED: July 16, 2010

Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

Prober & Raphael, A Law Corporation
(Firm name)

By: /s/ Cassandra J. Richey, Esq., #155721
Attorney for Movant

The Motion of U.S. BANK, N.A. SUCCESSOR IN INTEREST TO THE FDIC AS RECEIVER FOR DOWNEY SAVINGS AND LOAN ASSOCIATION, FA,

("Movant"), for relief from the automatic stay having been filed with the above-entitled court on June 28, 2010, and

The Notice of Filing of a Motion for Relief from Automatic Stay (a file-stamped copy of which is attached hereto as Exhibit A OR Notice Docket Entry No. 18, if filed electronically), the Motion, and accompanying Declarations having been served upon the parties named below on June 28, 2010, and

- ☑ Debtor *(Name)*: YVONNE MARINO
- ☑ Debtor's Attorney *(Name)*: SCOTT WILLIAM HANSSLER
- ☑ Trustee *(Name)*: LESLIE T. GLADSTONE
- ☑ United States Trustee (in Chapter 11 & 12 cases), and
- ☑ Others, if any *(Name)*: Bank of America, second lienholder

No objection or Request for Hearing having been filed by or on behalf of the Debtor, IT IS HEREBY ORDERED as follows:

The automatic stay pursuant to 11 U.S.C. Section 362 is hereby terminated for all purposes as to Movant in connection with the estate's and the debtor's interest in

1. ☑ The following real property:

   a. Street address of the property including county and state:
   1488 Avocado Road, Oceanside, San Diego County, California 92054

   b. Legal description is ☑ attached as Exhibit A or ☐ described below:

2. ☐ The following personal property as described ☐ below or ☐ in Exhibit B attached:

IT IS FURTHER ORDERED that *(Optional)*:



*Signed by Judge Laura Stuart Taylor July 16,2010*

4007

ORDER NO.: 187391-DW

# EXHIBIT "A"

PARCEL A:

PARCEL 2 OF PARCEL MAP NO. 6241, IN THE CITY OF OCEANSIDE, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, AUGUST 5, 1977.

PARCEL B:

THE RIGHT TO PASS AND REPASS FROM AVOCADO ROAD OVER THE DRIVEWAY LOCATED AS OF JULY 25, 1977 ON THE SOUTHERLY 10 FEET OF THE NORTHERLY 199 FEET OF LOT 8 OF NORTH CARLSBAD, IN THE CITY OF OCEANSIDE, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 1807, FILED IN THE OFFICE OF THE COUNT RECORDER OF SAN DIEGO COUNTY, OCTOBER 24, 1924.



*Signed by Judge Laura Stuart Taylor July 16, 2010*